499 A.2d 578

**COMMONWEALTH**

**v.**

**WHITMORE, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 21, 1985.

Petition for Allowance of Appeal GRANTED, No. 66 M.D. Appeal Docket 1985.